UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATALIYA SIDOLI,

                Plaintiff,

-against-

YOUTUBE, LLC and GOOGLE, LLC,

                Defendants.

25-cv-1586 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    Plaintiff Nataliya Sidoli moves for reconsideration of the Court's order transferring this case to the Northern District of California based on the forum-selection clause in YouTube's terms of service. "A court will grant reconsideration when a movant demonstrates 'an intervening change of controlling law, the availability of new evidence, or the need to correct clear error or prevent manifest injustice.'" *Columbo v. Philips Bryant Park LLC*, 2025WL 1043685, at *1 (S.D.N.Y. Apr. 8, 2025) (citation omitted). Sidoli fails to do that here. Sidoli argues that she will not have "fair justice in California" and insists that the unique nature of her complaint justifies keeping this case in the Southern District of New York. Dkt. 51 at 2. Specifically, Sidoli says that she is "the only American citizen . . . who was discriminated against for [her] gender and gender expression on Youtube by the authoritarian foreign government of Pakistan." *Id.* But as the Court explained in its order transferring the case, Sidoli's allegation that YouTube took her channel down at the request of the government of Pakistan doesn't alter the nature of her claims. She challenges YouTube's decisions to demonetize her videos and remove her channel, which are matters squarely within the scope of the forum-selection clause. The United States District Court for the Northern District of California is more than capable of adjudicating these claims.

    Accordingly, the motion for reconsideration is denied. The Clerk of Court is directed to terminate the motion at Dkt. 50. The Clerk of Court is also directed, without further delay, to transfer this action to the United States District Court for the Northern District of California.

    SO ORDERED.

Dated: June 13, 2025
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge