UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
25-cv-05038



TO THE HONORABLE TRINA L. THOMPSON

RESPONSE TO ORDER TO SHOW CAUSE

Your Honor, I humbly request you take into consideration that I reside in New York City. The Southern District of New York is a proper venue.

Defendant transferred the case to California knowing that I would not be able to attend. At the moment I am unemployed and I have no income to travel and to buy a plane ticket.

My claim rose in New York where I reside and not in California.

Defendant's law firm maintains representation in New York.

At the time of my channel removal I was in treatment for a brain tumor. Due to my medical condition, I can not take flights due to severe headaches.

I am kindly asking you to transfer this claim for further litigation based on Diversity 1332 to the Southern District of New York.

August 7th 2025          Respectfully submitted by Nataliya Sidoli

                         *Nataliya Sidoli*






