UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATALIYA SIDOLI,

          Plaintiff,

    v.

YOUTUBE, LLC, et al.,

          Defendants.

Case No.  26-cv-05504-TSH

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Trina L. Thompson for consideration of whether the case is related to *Sidoli v. Youtube, LLC*, 25-cv-05038-TLT.

**IT IS SO ORDERED.**

Dated: June 18, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California